BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP                BDFTE# 00000006821268
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

Attorney for  BANK OF AMERICA, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-42573-ELM-7 |
|  | § | |
| RAFAEL PULIDO, JR and | § | |
| FELICIA MARIE PULIDO, | § | |
| Debtor | § | CHAPTER 7 |
|  | § | |
| BANK OF AMERICA, N.A. , | § | |
| Movant | § | |
|  | § | |
| v. | § | |
|  | § | |
| RAFAEL PULIDO, JR and | § | |
| FELICIA MARIE PULIDO; and | § | |
| JOHN DEE SPICER, Trustee | § | |
| Respondents | § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY**
**DUE TO FAILURE TO CURE DEFAULT**

1. On August 1, 2017 an Agreed Order Conditioning Automatic Stay was entered by the Court.  The Debtor failed to comply with the terms of the Agreed Order.  Movant has given any and all Notices required to be given by the Agreed Order.

2. In accordance with the **Default Paragraph** of the Agreed Order, the automatic stay is terminated with respect to BANK OF AMERICA, N.A. on property described as:

THE FOLLOWING DESCRIBED REAL PROPERTY SITUATE IN THE CITY OF MANSFIELD, COUNTY OF TARRANT, AND STATE OF TEXAS, TO WIT:

LOT 9, BLOCK 1, OF HOLLAND ESTATES, AN ADDITION TO THE CITY OF MANSFIELD, TARRANT COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET A, SLIDE 6428, PLAT RECORDS, TARRANT COUNTY, TEXAS.

BY FEE SIMPLE DEED FROM LEGCY/MONTEREY HOMES, L.P TO RAFAEL

RAFAEL PULIDO, JR and FELICIA MARIE PULIDO, Debtors
CASE NO. 16-42573-ELM-7

PULIDO AND FELICIA M ROCHA, HUSBAND AND WIFE AS SET FORTH IN INSTRUMENT NO. D205060160, DATED 3/1/2005 AND RECORDED ON 3/3/2005, TARRANT COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP


BY:  /s/ PAUL KIM
      PAUL KIM
      TX NO. 24001182
      4004 Belt Line Rd Ste. 100
      ADDISON, TX 75001
      Telephone: (972) 386-5040
      Facsimile: (972) 661-7725
      E-mail: NDECF@BDFGROUP.COM
      ATTORNEY FOR MOVANT

RAFAEL PULIDO, JR and FELICIA MARIE PULIDO, Debtors
CASE NO. 16-42573-ELM-7

## CERTIFICATE OF SERVICE

I hereby certify that on October 07, 2019, a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP

BY: /s/ PAUL KIM                        10/07/2019
    PAUL KIM
    TX NO. 24001182
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 386-5040
    Facsimile: (972) 661-7725
    E-mail: NDECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT

RAFAEL PULIDO, JR and FELICIA MARIE PULIDO, Debtors
CASE NO. 16-42573-ELM-7

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

**DEBTORS:**
RAFAEL PULIDO, JR
4005 ALAMO DRIVE
MANSFIELD, TX 76063

FELICIA MARIE PULIDO
4005 ALAMO DRIVE
MANSFIELD, TX 76063

**DEBTOR'S ATTORNEY:**
CHRISTOPHER MARVIN LEE
8701 BEDFORD EULESS ROAD
SUITE 510
HURST, TX  76053

**TRUSTEE:**
JOHN DEE SPICER
900 JACKSON STREET SUITE 560
FOUNDERS SQUARE
DALLAS, TX  75202-4425