

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 4, 2019**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case Number: 16-42573-ELM |
| RAFAEL PULIDO JR<br>FELICIA MARIE PULIDO<br>4005 Alamo Dr<br>Mansfield, TX  76063 | Judge  Edward L Morris |
| Debtors | Chapter 13 |

### ORDER DISCHARGING STANDING TRUSTEE, AND
### TERMINATING FURTHER LIABILITY ON BOND

It appearing to the Court that Tim Truman, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that he should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

IT IS THEREFORE ORDERED:

That Tim Truman, Standing Chapter 13 Trustee in this case, is discharged; that he and the sureties or surety on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; and that such Bond is cancelled;

# # # End of Order # # #